TODD A. ROBERTS (SBN 129722)
NICOLE S. HEALY (SBN 157417)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA 94063-2052
Telephone:  (650) 364-8200
Facsimile:  (650) 780-1701
Email:   todd.roberts@rmkb.com
         nicole.healy@rmkb.com

Attorneys for Defendants
TLC RESIDENTIAL, INC., a corporation, and
FRANCISCO MONTERO, an individual

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS E. PEREZ, Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>TLC RESIDENTIAL, INC. a corporation, and FRANCISCO MONTERO, an individual,<br><br>Defendants. | Case No. 15-cv-02776-WHA<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TLC RESIDENTIAL, INC. AND FRANCISCO MONTERO TO RESPOND TO PLAINTIFF THOMAS E. PEREZ, SECRETARY OF LABOR'S COMPLAINT [Civ. L.R. 6-1]**<br><br>Current response date: August 31, 2015<br>New response date: September 14, 2015 |

IT IS HEREBY STIPULATED AND AGREED between the parties and their attorneys of record, pursuant to Local Rule 6-1(a), that the deadline for Defendants TLC Residential, Inc. and Francisco Montero ("Defendants") to respond to the Complaint for Violations of the Fair Labor Standards Act (29 U.S.C. §§ 201, *et seq*.) ("Complaint," Dkt. No. 1), filed by Plaintiff Thomas E. Perez, Secretary of Labor, United States Department of Labor ("Plaintiff") on June 19, 2015, shall be extended from August 31, 2015 to September 14, 2015.

1. Defendants have not received any previous extensions of time to respond to Plaintiff's Complaint.

///

///

2. The requested enlargement of time will not alter the date of any event or any deadline already fixed by Court order.

Dated: August 27, 2015        ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/ Nicole S. Healy
   TODD A. ROBERTS
   NICOLE S. HEALY
   Attorneys for Defendants
   TLC RESIDENTIAL, INC. and
   FRANCISCO MONTERO

Dated: August 27, 2015        UNITED STATES DEPARTMENT OF LABOR

By: /s/ Cheryl L. Adams
   CHERYL L. ADAMS
   Attorneys for Plaintiff
   THOMAS E. PEREZ,
   SECRETARY OF LABOR

**ORDER**

IT IS SO ORDERED.

Dated: August 31, 2015.

HONORABLE WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE