TODD A. ROBERTS (SBN 129722)
NICOLE S. HEALY (SBN 157417)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA 94063-2052
Telephone:	(650) 364-8200
Facsimile:	(650) 780-1701
Email:	todd.roberts@rmkb.com
	nicole.healy@rmkb.com

Attorneys for Defendant and Counter-Claimant
TLC RESIDENTIAL, INC., a corporation, and Defendant
FRANCISCO MONTERO, an individual

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS E. PEREZ, Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>TLC RESIDENTIAL, INC. a corporation, and FRANCISCO MONTERO, an individual,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 15-cv-02776-WHA<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR ENLARGEMENT OF TIME FOR TLC RESIDENTIAL, INC. AND FRANCISCO MONTERO TO AMEND ANSWER, AFFIRMATIVE DEFENSES AND COUNTERCLAIMS**<br><br>**Hon. William Alsup**<br><br>**Action Filed June 19, 2015** |

   WHEREAS Plaintiff Thomas E. Perez, Secretary of Labor, United States Department of Labor ("Plaintiff") filed a Motion to Strike, Motion to Dismiss Defendants' Counterclaims, and a Memorandum of Points and Authorities in Support Thereof (Docket Entry 21, "Motion") on October 5, 2015; and

   WHEREAS, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, Defendant Francisco Montero and Defendant and Counterclaimant TLC Residential, Inc. ("Defendants") have reviewed the Motion and determined that rather than file an Opposition to the Motion they will amend their Answer, Affirmative Defenses and Counterclaims;

4812-2497-5401.1

STIP. & PROP. ORDER RE ENLARGEMENT OF TIME
FOR AMENDMENT TO ANSWER, AFF. DEFENSES &
COUNTERCLAIMS; CASE NO. 15-CV-02776-WHA

1  IT IS HEREBY STIPULATED AND AGREED between the parties and their attorneys of
2  record, pursuant to Local Rule 6-1(a), that the deadline for Defendants TLC Residential, Inc. and
3  Francisco Montero ("Defendants") to amend their Answer, Affirmative Defenses and
4  Counterclaims (Docket Entry 13) shall be October 30, 2015;

5      1.  Defendants have not previously amended their Answer, Affirmative Defenses, and
6  Counterclaims; and

7      2.  The requested enlargement of time will not alter the date of any event or any
8  deadline already fixed by Court order.

9  Dated: October 16, 2015      ROPERS, MAJESKI, KOHN & BENTLEY

By: */s/ Nicole S. Healy*
    TODD A. ROBERTS
    NICOLE S. HEALY
    Attorneys for Defendants
    TLC RESIDENTIAL, INC. and
    FRANCISCO MONTERO

Dated: October 16, 2015      UNITED STATES DEPARTMENT OF LABOR

By: */s/ Cheryl L. Adams*
    CHERYL L. ADAMS
    Attorneys for Plaintiff
    THOMAS E. PEREZ,
    SECRETARY OF LABOR

IT IS SO ORDERED.
Dated: October 20, 2015.

_____
Honorable William Alsup
United States District Judge