IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THOMAS E. PEREZ, Secretary of Labor,
United States Department of Labor,

    Plaintiff,

v.

TLC RESIDENTIAL, INC., a corporation,
and FRANCISCO MONTERO, an individual,

    Defendants.

No. C 15-02776 WHA

**ORDER TO SHOW CAUSE**

Plaintiff Thomas Perez, Secretary of Labor, has filed a motion for leave to file an amended complaint against defendants TLC Residential Inc. and Francisco Montero. The opposition was due on December 14, 2015, but defendants failed to file any response. By **NOON ON DECEMBER 18, 2015**, defendants are hereby **ORDERED TO SHOW CAUSE** as to why they have not filed a timely response to plaintiff's motion. Any opposition to plaintiff's motion to amend must be included in defendants' response. Failure to file any opposition, or to show sufficient cause as to why defendants failed to timely respond, will result in plaintiff's motion for leave to amend being granted.

**IT IS SO ORDERED.**

Dated: December 16, 2015.

    WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE