TODD A. ROBERTS (SBN 129722)
NICOLE S. HEALY (SBN 157417)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA  94063-2052
Telephone:     (650) 364-8200
Facsimile:     (650) 780-1701
Email: todd.roberts@rmkb.com
nicole.healy@rmkb.com

Attorneys for Defendants
TLC RESIDENTIAL, INC., a corporation, and
FRANCISCO MONTERO, an individual

JANET M. HEROLD
Regional Solicitor
SUSAN SELETSKY (CSBN 176106)
Counsel for FLSA
**CHERYL L. ADAMS (CSBN 208244)**
Senior Trial Attorney
United States Department of Labor
Office of the Solicitor
90 7th Street, Suite 3-700
San Francisco, CA 94103
Direct: (415) 625-7759
Facsimile: (415) 625-7772
Email: Adams.Cheryl.L@dol.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS E. PEREZ, Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>TLC RESIDENTIAL, INC. a corporation, and FRANCISCO MONTERO, an individual,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No.  15-cv-02776-WHA<br><br>**STIPULATED REQUEST FOR EXTENSION OF TIME IN WHICH TO COMPLETE MEDIATION**<br><br>**Current Deadline: December 23, 2015**<br><br>**Proposed Deadline: February 26, 2016**<br><br>**Trial Date: December 5, 2016** |

PURSUANT TO CIVIL LOCAL RULE 6-5, THE PARTIES HEREBY STIPULATE, THROUGH THEIR ATTORNEYS OF RECORD:

1. On September 28, 2015, following a Case Management Conference held on September 24, 2015, the Court issued a Case Management Order referring this matter to mediation. (Docket Nos. 18 and 19).

2. Based on the date of the minute order following the case management conference (Docket No. 18), the current deadline for the mediation to be conducted is accordingly December 23, 2015.

3. Kristin W. Maloney, Esq. was subsequently appointed as the mediator. (Docket No. 20). The parties held a telephone conference with Ms. Maloney on or about November 2, 2015, at which time a mediation session was tentatively scheduled for December 8, 2015.

4. On November 15, 2015, the Defendants and Counterclaimants served their Amended Answer and Counterclaims on the U.S. Attorney's Office in compliance with Fed. R. Civ. P. 4(i)(1).

5. Fed. R. Civ. P. 12(a)(2) allows the Plaintiff 60 days from the date of service on the U.S. Attorney's office to respond to Defendant's and Counterclaimants Amended Counterclaims, making Plaintiff's response to Defendant's and Counterclaimants Amended Counterclaim due January 14, 2016.

6. The parties believe that the mediation would be of more benefit after Plaintiff responds to Defendants' and Counterclaimants Amended Counterclaims.

7. The Mediator, Ms. Maloney, is available to schedule the mediation session in the approximate February 2016 timeframe.

8. The parties request that the time to complete the mediation be extended to February 26, 2016. This request will not affect any of the other currently scheduled deadlines or dates.

Respectfully submitted,

| | |
|---|---|
| Dated: December 17, 2015 | ROPERS, MAJESKI, KOHN & BENTLEY |
| | By: /s/ Nicole S. Healy |
| | TODD A. ROBERTS |
| | NICOLE S. HEALY |
| | Attorneys for Defendants and Counterclaimants |
| | TLC RESIDENTIAL, INC. and FRANCISCO MONTERO |
| Dated: December 17, 2015 | JANET M. HEROLD |
| | Regional Solicitor |
| | SUSAN SELETSKY |
| | Counsel for FLSA |
| | By: /s/ Cheryl L. Adams |
| | CHERYL L. ADAMS |
| | Senior Trial Attorney |
| | Attorneys for Plaintiff |
| | U. S. Department of Labor |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS E. PEREZ, Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>TLC RESIDENTIAL, INC. a corporation, and FRANCISCO MONTERO, an individual,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No.  15-cv-02776-WHA<br><br>[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR EXTENSION OF TIME IN WHICH TO COMPLETE MEDIATION<br><br>**Current Deadline: December 23, 2015**<br><br>**Proposed Deadline: February 26, 2016**<br><br>**Trial Date: December 5, 2016** |

The Court having reviewed the Parties' Stipulated Request for Extension of Time in Which to Complete Mediation and good cause appearing therefor,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that** the Parties shall have until February 26, 2016 to complete the mediation in this matter.

Dated:  December 21, 2015.

HONORABLE WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE