IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS E. PEREZ, Secretary of Labor, United States Department of Labor,<br><br>    Plaintiff,<br><br>  v.<br><br>TLC RESIDENTIAL, INC., a corporation, and FRANCISCO MONTERO, an individual,<br><br>    Defendants. | No. C 15-02776 WHA<br><br>**ORDER GRANTING MOTION TO AMEND COMPLAINT AND VACATING HEARING** |

Plaintiff Thomas Perez, Secretary of Labor, has filed a motion for leave to file an amended complaint against defendants TLC Residential Inc. and Francisco Montero. Defendant has filed a statement of non-opposition. Plaintiff's motion to amend the complaint is thus **GRANTED** and the hearing set for January 14 is **VACATED**. Plaintiff shall file its amended complaint by **DECEMBER 31, 2015.**

**IT IS SO ORDERED.**

Dated: December 21, 2015.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE