IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS E. PEREZ, Secretary of Labor, United States Department of Labor,<br><br>      Plaintiff,<br><br>  v.<br><br>TLC RESIDENTIAL, INC., a corporation, and FRANCISCO MONTERO, an individual,<br><br>      Defendants.<br>                                        / | No. C 15-02776 WHA<br><br>**NOTICE RE OPPORTUNITIES FOR YOUNG ATTORNEYS** |

     Counsel will please keep in mind the need to provide arguments and courtroom experience to the next generation of practitioners. The Court will particularly welcome any lawyer with four or fewer years of experience to argue the upcoming motion.

Dated: March 1, 2016.

                                                      /s/ William Alsup
                                                      WILLIAM ALSUP
                                                      UNITED STATES DISTRICT JUDGE