# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS E. PEREZ, Secretary of Labor, United States Department of Labor, <br><br> Plaintiff, <br><br> v. <br><br><br> TLC RESIDENTIAL, INC., a corporation, and FRANCISCO MONTERO, an individual. <br><br> Defendants. | Case No.: 15-cv-02776-WHA <br><br><br><br> **[PROPOSED] ORDER MODIFYING HEARING DATE** |

The parties have stipulated to changing the hearing date for the Secretary's Motion to File Amended Complaint out of Time and Motion to Dismiss Counterclaims and to Strike Affirmative Defenses; and Defendants' Motion for Protective Order from March 10, 2016, to April 21, 2016.

The Court having reviewed the stipulation, and good cause appearing, IT IS HEREBY ORDERED that the motions will be heard on April 21, 2016.   NO MORE EXTENSIONS OR CONTINUANCES WILL BE GRANTED.

IT IS SO ORDERED.

Date:  March 2, 2016.

_____

District Court Judge