IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS E. PEREZ, Secretary of Labor, United States Department of Labor,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TLC RESIDENTIAL, INC., a corporation, and FRANCISCO MONTERO, an individual,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　　/ | No. C 15-02776 WHA<br><br>**REQUEST FOR SUPPLEMENTAL BRIEFING** |

By **NOON ON APRIL 11, 2016**, both sides shall submit a five-page brief addressing the following, related to the Secretary's motion to dismiss TLC's counterclaims: Does the Secretary's action in bringing this lawsuit constitute final agency action that can be challenged under the Administrative Procedure Act? Do TLC's allegations sufficiently allege final agency action by the Secretary? In their briefs, the parties shall cite to binding authority that is directly on point.

**IT IS SO ORDERED.**

Dated: April 6, 2016.

　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE