JANET M. HEROLD
Regional Solicitor
SUSAN SELETSKY (CSBN 176106)
Counsel for FLSA
CHERYL L. ADAMS (CSBN 208244)
**ANDREW J. SCHULTZ (CSBN 237231)**
Senior Trial Attorneys
United States Department of Labor
Office of the Solicitor
90 7th Street, Suite 3-700
San Francisco, CA 94103
Direct: (415) 625-7745
Facsimile: (415) 625-7772
Email: schultz.andrew@dol.gov

Attorneys for Plaintiff, Thomas E. Perez
Secretary, U.S. Department of Labor

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS E. PEREZ, Secretary of Labor, United States Department of Labor, <br><br> Plaintiff, <br> v. <br><br> TLC RESIDENTIAL, INC., a corporation, and FRANCISCO MONTERO, an individual. <br><br> Defendants. | Case No.: 3:15-02776 WHA <br><br> (PROPOSED) ORDER GRANTING PLAINTIFF'S MOTION FOR ADMINISTRATIVE LEAVE TO FILE HOUSE MANAGERS NAMES UNDER SEAL <br><br> **Hon. WILLIAM ALSUP** |

The Secretary of Labor filed an Administrative Motion to File Document Under Seal, pursuant to Local Civil Rule 79-5 and this Court's Order. (ECF No. 50). The Secretary requested leave to seal the following exhibit:

| | |
|---|---|
| 1 | Unredacted Exhibit A |

IT IS HEREBY ORDERED that the document entitled "EXHIBIT A," containing the

(PROPOSED) ORDER GRANTING LEAVE TO FILE DOCUMENT UNDER SEAL
Case No. 15-cv-02776-WHA

1

actual names of house managers, corresponding to the redacted "EXHIBIT A" filed under the Secretary's Amended Complaint (ECF No. 51), may be filed under seal.

Dated this  14  day of   June               , 2016.

_____
UNITED STATES DISTRICT JUDGE