IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| THOMAS E. PEREZ, Secretary of Labor, United States Department of Labor,<br><br>    Plaintiff,<br><br>  v.<br><br>TLC RESIDENTIAL, INC., a corporation, and FRANCISCO MONTERO, an individual,<br><br>    Defendants. | No. C 15-02776 WHA<br><br>**ORDER RE EXTENSION** |

By **AUGUST 17, 2016, AT NOON**, defendants shall provide to plaintiff the requested information needed for procurement of funds to pay Dr. Douglas L. Polcin's fee. By **AUGUST 25, 2016**, the deposition of Dr. Polcin shall occur starting at 8:00 a.m. The government opposition is due **SEPTEMBER 1, 2016**. Defendants' reply is due **SEPTEMBER 8, 2016**. The hearing on the motion for summary judgment shall take place as scheduled on **September 22, 2016 at 8:00 a.m.**

**IT IS SO ORDERED.**

Dated: August 12, 2016.

                                                WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE