IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS E. PEREZ, Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>TLC RESIDENTIAL, INC., a corporation, and FRANCISCO MONTERO, an individual,<br><br>Defendants. | No. C 15-02776 WHA<br><br>**ORDER CONTINUING HEARINGS ON MOTIONS FOR SUMMARY JUDGMENT** |

The hearings on the cross-motions for summary judgment shall take place on **OCTOBER 19, 2016, AT 8:00 A.M.**

**IT IS SO ORDERED.**

Dated: September 16, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE