IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THOMAS E. PEREZ, Secretary of Labor, United States Department of Labor,

    Plaintiff,

  v.

TLC RESIDENTIAL, INC., a corporation, and FRANCISCO MONTERO, an individual,

    Defendants.

No. C 15-02776 WHA

**ORDER REGARDING SCHEDULE FOR MOTION TO WITHDRAW AS COUNSEL**

The motion to withdraw as counsel will very likely be granted as soon as substitute counsel makes an appearance. The hearing on the motion to withdraw as counsel is hereby re-scheduled for **OCTOBER 19, 2016, AT 8:00 A.M**.

The hearing on the cross-motions for summary judgment, which is currently set for October 19, 2016, will stay on calendar. Defendant Francisco Montero should be prepared to argue on his own behalf without counsel if it comes to that.

No stay will be issued until new counsel makes an appearance. A short extension will likely be granted if requested by new counsel.

**IT IS SO ORDERED.**

Dated: October 5, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE