1
2
3
4
5                      IN THE UNITED STATES DISTRICT COURT

6
7                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9   THOMAS E. PEREZ, Secretary of Labor,            No. C 15-02776 WHA
    United States Department of Labor,
10
11              Plaintiff,

12       v.                                          **ORDER EXTENDING TIME
                                                     FOR DEFENDANTS TO RETAIN
13  TLC RESIDENTIAL, INC., a corporation;            NEW COUNSEL**
    and FRANCISCO MONTERO,
14
15              Defendants.
                                        /
16
17          On October 19, the Court heard the parties' cross-motions for summary judgment and

18  defense counsel's motion to withdraw.  The Court gave defendants two weeks to retain new

19  counsel with the motion to withdraw pending in the interim (Dkt. No. 107).  On October 31,

20  defense counsel informed the Court by letter that Attorney Rebecca Turner will be substituting

21  in as new counsel for defendants, but will require an additional week to accomplish the

22  substitution because she is in the process of forming a new law partnership (Dkt. No. 109).

23  Good cause being shown, the deadline for Attorney Turner to substitute in as new counsel for

24  defendants is extended to **NOVEMBER 10**.  In the meantime, current defense counsel's motion to

25  withdraw shall remain pending.

26          **IT IS SO ORDERED.**

27
28  Dated:  November 1, 2016.

                                              _____
                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE