# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| THOMAS E. PEREZ, Secretary of Labor, United States Department of Labor<br>　　　　　　　　　　Plaintiff (s),<br>V.<br>TLC RESIDENTIAL, INC. a corporation, and FRANCISCO MONTERO, an individual<br>　　　　　　　　　　Defendant (s), | CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY<br><br>CASE NUMBER: 15-cv-02776-WHA |

Notice is hereby given that, subject to approval by the court, **TLC Residential, Inc. and Francisco Montero** substitutes
(Party (s) Name)

**N. Rebecca A. Turner**, State Bar No. **222710** as counsel of record in
(Name of New Attorney)

place of **Todd A. Roberts and Nicole S. Healy**
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

　　Firm Name:　　Fog City Law Group
　　Address:　　　952 School Street, Suite 452, Napa, CA  94559
　　Telephone:　　(415) 748-1197　　　　Facsimile
　　E-Mail (Optional):　NRATurner@aol.com

I consent to the above substitution.

Date: November 4, 2016

　　　　　　　　　　　　　　　　　　　　　By [signature] CEO
　　　　　　　　　　　　　　　　　　　　　TLC Residential, Inc.
　　　　　　　　　　　　　　　　　　　　　(Signature of Party (s))
　　　　　　　　　　　　　　　　　　　　　Francisco Montero

I consent to being substituted.

Date: November 4, 2016

　　　　　　　　　　　　　　　　　　　　　[signature]
　　　　　　　　　　　　　　　　　　　　　(Signature of Former Attorney (s))
　　　　　　　　　　　　　　　　　　　　　Todd A. Roberts / Nicole S. Healy

I consent to the above substitution.
Date: November 4, 2016

　　　　　　　　　　　　　　　　　　　　　[signature]
　　　　　　　　　　　　　　　　　　　　　(Signature of New Attorney)
　　　　　　　　　　　　　　　　　　　　　N. Rebecca A. Turner

The substitution of attorney is hereby approved and so ORDERED.

Date: November 7, 2016.

　　　　　　　　　　　　　　　　　　　　　[signature]
　　　　　　　　　　　　　　　　　　　　　Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

American LegalNet, Inc.
www.FormsWorkflow.com