United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS E. PEREZ, Secretary of Labor, United States Department of Labor,<br><br>    Plaintiff,<br><br>  v.<br><br>TLC RESIDENTIAL, INC., a corporation; and FRANCISCO MONTERO,<br><br>    Defendants.<br>_____ / | No. C 15-02776 WHA<br><br>**ORDER GRANTING MOTION TO WITHDRAW** |

Attorneys Todd A. Roberts and Nicole S. Healy of Ropers, Majeski, Kohn & Bentley move to withdraw as counsel of record for defendants, and for a 30-day stay to allow defendants sufficient time to retain substitute counsel (Dkt. No. 98). Attorney N. Rebecca A. Turner of the Fog City Law Group has substituted in as new counsel of record for defendants (Dkt. Nos. 112, 113). The motion to withdraw is therefore **GRANTED**, and the request for a stay is **DENIED**.

**IT IS SO ORDERED.**

Dated: November 7, 2016.

                                                     WILLIAM ALSUP
                                                   UNITED STATES DISTRICT JUDGE