1  N. Rebecca A. Turner (SBN 222710)
2  **FOG CITY LAW GROUP**
   952 School Street, #452
3  Napa, CA 94559
   Telephone: 415.748.1197
4  Email: nraturner@aol.com
           rebecca@fogcitylaw.com
5
6  Attorneys for Defendants and Counterclaimants
   TLC RESIDENTIAL, INC., a corporation, and
7  FRANCISCO MONTERO, an individual

8                    UNITED STATES DISTRICT COURT FOR THE

9                       NORTHERN DISTRICT OF CALIFORNIA

10

11 THOMAS E. PEREZ, Secretary of Labor,    )  Case No.: 15-cv-02776-WHA
   United States Department of Labor,       )
12                                          )  **[PROPOSED] ORDER GRANTING**
                                            )  **CONTINUANCE OF TRIAL**
13                  Plaintiff,              )
                                            )
14          v.                              )
                                            )
15 TLC RESIDENTIAL, INC., a corporation, and)
16 FRANCISCO MONTERO, an individual.,      )
                                            )
17                  Defendants             )
                                            )
18 ─────────────────────────────────────

19

20       **WHEREAS** N. Rebecca A. Turner, and the Fog City Law Group, were substituted in as

21 counsel for Defendants, TLC RESIDENTIAL, INC., a corporation, and FRANCISCO

22 MONTERO, an individual., by an order of the Court on November 7, 2016; and

23       **WHEREAS** the parties' pretrial filings are currently due to the Court on November 23,

24 2016, a pretrial conference is currently set for November 30, 2016, and trial is currently set for

25 December 5, 2016; and

26

27       */////*

28

**WHEREAS** good cause exists to vacate the current pretrial and trial dates to allow counsel for Defendants to sufficiently prepare the required pretrial filings and for trial; and

**WHEREAS** Plaintiff, U.S. Secretary of Labor has stipulated to continue the pretrial filings deadline and the pretrial conference and trial dates;

**NOW THEREFORE, FOR GOOD CAUSE SHOWN AND PURSUANT TO STIPULATION, IT IS HEREBY ORDERED** that the November 23, 2016 pretrial filings deadline, the November 30, 2016 pretrial conference date, and the December 5, 2016 trial date are vacated.

It is further ordered that a scheduling conference shall take place on __November 21__, 2016, at _11 a.m._, in Courtroom 8, 19th Floor of the United States District Court for the Northern District of California, located at 450 Golden Gate Avenue, San Francisco, California.

Dated: __November 16, 2016__.

_____
HONORABLE WILLIAM ALSUP
United States District Judge

[PROPOSED] ORDER GRANTING
CONTINUANCE OF TRIAL
Case No.: 15-cv-02776-WHA

Page 2 of 2