TODD A. ROBERTS (SBN 129722)
NICOLE S. HEALY (SBN 157417)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA 94063-2052
Telephone: (650) 364-8200
Facsimile: (650) 780-1701
Email: todd.roberts@rmkb.com
nicole.healy@rmkb.com

Attorneys for Defendants
TLC RESIDENTIAL, INC., a corporation, and
FRANCISCO MONTERO, an individual

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS E. PEREZ, Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>TLC RESIDENTIAL, INC. a corporation, and FRANCISCO MONTERO, an individual,<br><br>Defendants. | Case No. 15-cv-02776-WHA<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS TLC RESIDENTIAL, INC. AND FRANCISCO MONTERO'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT UNDER SEAL PURSUANT TO L.R. 7-11 AND 79-5<br><br>Date: September 22, 2016<br>Time: 8:00 a.m.<br>Ctrm. 8 – 19th Floor<br><br>Judge: Hon. William H. Alsup |

WHEREAS Defendants TLC Residential, Inc. and Francisco Montero filed an Administrative Motion to File Documents Under Seal, pursuant to Civil Local Rules 7-11 and 79-5, requesting leave to file unredacted versions of the following documents under seal:

| Documents to be Publicly Filed in Redacted Form | Basis for Filing Unredacted Documents Under Seal |
|---|---|
| Portions of Notice of Motion and Motion for Summary Judgment; Memorandum of Points and Authorities in Support Thereof | Contains information identifying house parents and assistant house parents; confidential and proprietary TLC financial information |
| Portions of the Declarations of current and former TLC House Parents in Support of Defendants' Motion for Summary Judgment | Contains information identifying house parents and assistant house parents, as well as street addresses of TLC's sober living homes |

| | |
|---|---|
| Excerpts of the Transcript of Deposition of Pamela Davis | Contains information identifying house parents and assistant house parents |
| Names and street addresses in Exhibit 11 to the Declaration of Tammy House in Support of Defendants' Motion for Summary Judgment | Contains information identifying house parents and assistant house parents, as well as street addresses of TLC's sober living homes |
| Financial information in Exhibit 12 to the Declaration of Tammy House in Support of Defendants' Motion for Summary Judgment | Contains confidential and proprietary TLC financial information |

**WHEREAS,** a compelling reason exists to permit Defendants to file under seal documents containing non-public information identifying TLC's current and former house parents, as well as the street addresses of TLC's sober living homes, and disclosing TLC's confidential and proprietary financial information; and

**WHEREAS,** Defendants have electronically filed redacted versions of the above documents with the Court; and

**WHEREAS,** Defendants will serve Counsel for Plaintiff Secretary of Labor with unredacted copies of Defendants' sealed documents by electronic mail;

**NOW THEREFORE, FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED** that the foregoing unredacted documents filed in support of Defendants' Motion for Summary Judgment shall be filed under seal.

Dated:   November 28, 2016.

_____
HONORABLE WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE