JANET M. HEROLD
Regional Solicitor
SUSAN SELETSKY (CSBN 176106)
Counsel for FLSA
CHERYL L. ADAMS (CSBN 208244)
**ANDREW J. SCHULTZ (CSBN 237231)**
Senior Trial Attorneys
United States Department of Labor
Office of the Solicitor
90 7th Street, Suite 3-700
San Francisco, CA 94103
Direct: (415) 625-7745
Facsimile: (415) 625-7772
Email: schultz.andrew@dol.gov

Attorneys for Plaintiff, Thomas E. Perez
Secretary, U.S. Department of Labor

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS E. PEREZ, Secretary of Labor, United States Department of Labor,<br><br>        Plaintiff,<br>    v.<br><br>TLC RESIDENTIAL, INC., a corporation, and FRANCISCO MONTERO, an individual.<br><br>        Defendants. | Case No.: 3:15-02776 WHA<br><br>~~(PROPOSED)~~ **ORDER GRANTING PLAINTIFF'S MOTION FOR ADMINISTRATIVE LEAVE TO FILE HOUSE MANAGERS NAMES UNDER SEAL**<br><br>**Hon. WILLIAM ALSUP** |

The Secretary of Labor filed an Administrative Motion to File Document Under Seal, pursuant to Local Civil Rule 79-5 and this Court's Order. (ECF No. 50). The Secretary requested leave to seal the following exhibit:

| | |
|---|---|
| 1 | Unredacted Declaration of Donna F. Bond in Support of the Secretary's Opposition to Defendants' Motion for Summary Judgment |

| 2 | Unredacted Exhibit A-1 to A-4 to the Declaration of Donna Bond in Support of the Secretary's Opposition to Defendants' Motion for Summary Judgment. |
|---|---|

IT IS HEREBY ORDERED that the document at Docket No. 80 entitled Declaration of Donna F. Bond in Support of the Secretary of Labor's Opposition to Defendants' Motion for Summary Judgment; and, the documents at Docket No. 80-1 Exhibits A-1, A-2, A-3 and A-4 to the Declaration of Donna Bond in Support of the Secretary of Labor's Opposition to Defendants' Motion for Summary Judgment, shall be filed under seal.

Dated this __28__ day of _____November_____, 2016.

_____
UNITED STATES DISTRICT JUDGE