1  TODD A. ROBERTS (SBN 129722)
    NICOLE S. HEALY (SBN 157417)
2  ROPERS, MAJESKI, KOHN & BENTLEY
    1001 Marshall Street, Suite 500
3  Redwood City, CA  94063-2052
    Telephone:    (650) 364-8200
4  Facsimile:    (650) 780-1701
    Email: todd.roberts@rmkb.com
5        nicole.healy@rmkb.com

6  Attorneys for Defendants
    TLC RESIDENTIAL, INC., a corporation, and
7  FRANCISCO MONTERO, an individual

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS E. PEREZ, Secretary of Labor, United States Department of Labor,<br><br>           Plaintiff,<br><br>      v.<br><br>TLC RESIDENTIAL, INC. a corporation, and FRANCISCO MONTERO, an individual,<br><br>          Defendants. | Case No.  15-cv-02776-WHA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS TLC RESIDENTIAL, INC. AND FRANCISCO MONTERO'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS IN SUPPORT OF REPLY TO PLAINTIFF SECRETARY OF LABOR'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT UNDER SEAL PURSUANT TO L.R. 7-11 AND 79-5**<br><br>**Date:    September 22,2016**<br>**Time:  8:00 a.m.**<br>**Ctrm.  8 – 19th Floor**<br><br>**Judge:  Hon. William H. Alsup** |

20      WHEREAS Defendants TLC Residential, Inc. and Francisco Montero filed an

21  Administrative Motion to File Documents Under Seal, pursuant to Civil Local Rules 7-11 and 79-

22  5, requesting leave to file unredacted versions of the following documents under seal:

| Documents to be Publicly Filed in Redacted Form | Basis for Filing Unredacted Documents Under Seal |
|---|---|
| Portions of Reply to Plaintiff Secretary of Labor's Opposition to Motion for Summary Judgment | Contains information identifying house parents. |

*Ropers Majeski Kohn & Bentley*
*A Professional Corporation*
*Redwood City*

| Names of house parents in the Declaration of Todd Roberts in Support of Defendants' Reply to Plaintiff Secretary of Labor's Opposition to Motion for Summary Judgment          Exhibits 20 and 22 | Contains information identifying house parents. |
|---|---|
| Names of house parents in Exhibit 22 to the Declaration of Todd Roberts in Support of Defendants' Reply to Plaintiff Secretary of Labor's Opposition to Motion for Summary Judgment | Contains information identifying house parents. |

**WHEREAS,** a compelling reason exists to permit Defendants to file under seal documents containing non-public information identifying TLC's current and former house parents; and

**WHEREAS,** Defendants have electronically filed redacted versions of the above documents with the Court; and

**WHEREAS,** Defendants will serve Counsel for Plaintiff Secretary of Labor with unredacted copies of Defendants' sealed documents by electronic mail;

**NOW THEREFORE, FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED** that the foregoing unredacted documents filed in support of Defendants' Motion for Summary Judgment shall be filed under seal.

Dated: _____November 28, 2016._____

_____
HONORABLE WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City