JANET M. HEROLD
Regional Solicitor
SUSAN SELETSKY (CSBN 176106)
Counsel for FLSA
CHERYL L. ADAMS (CSBN 208244)
**ANDREW J. SCHULTZ (CSBN 237231)**
Senior Trial Attorneys
United States Department of Labor
Office of the Solicitor
90 7th Street, Suite 3-700
San Francisco, CA 94103
Direct: (415) 625-7745
Facsimile: (415) 625-7772
Email: schultz.andrew@dol.gov

Attorneys for Plaintiff, Thomas E. Perez
Secretary, U.S. Department of Labor

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS E. PEREZ, Secretary of Labor, United States Department of Labor,<br><br>    Plaintiff,<br>v.<br><br>TLC RESIDENTIAL, INC., a corporation, and FRANCISCO MONTERO, an individual.<br><br>    Defendants. | Case No.: 3:15-02776 WHA<br><br>~~(PROPOSED)~~ **ORDER GRANTING PLAINTIFF'S MOTION FOR ADMINISTRATIVE LEAVE TO FILE HOUSE MANAGERS NAMES UNDER SEAL**<br><br>**Hon. WILLIAM ALSUP** |

   The Secretary of Labor filed an Administrative Motion to File Document Under Seal, pursuant to Local Civil Rule 79-5 and this Court's Order. (ECF No. 50). The Secretary requested leave to seal the following exhibit:

| 1 | Unredacted Declaration of Donna F. Bond in Support of the Secretary's Motion for Partial Summary Judgment. |
|---|---|

~~(PROPOSED)~~ ORDER GRANTING LEAVE TO FILE DOCUMENT UNDER SEAL
Case No. 15-cv-02776-WHA

1

| 2 | Unredacted Exhibits A, L and M to the Declaration of Donna Bond in Support of the Secretary's Motion for Partial Summary Judgment |
|---|---|

IT IS HEREBY ORDERED that the document at Docket No. 90, entitled Declaration of Donna F. Bond in Support of the Secretary of Labor's Motion for Partial Summary Judgment and, the documents at Docket Nos. 90-1, 90-12 and 90-13, Exhibits A, L and M, respectively, attached to Declaration of Donna F. Bond in Support of the Secretary of Labor's Motion for Partial Summary Judgment, shall be filed under seal.

Dated this  28  day of       November       , 2016.

_____
UNITED STATES DISTRICT JUDGE