TODD A. ROBERTS (SBN 129722)
NICOLE S. HEALY (SBN 157417)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA 94063-2052
Telephone: (650) 364-8200
Facsimile: (650) 780-1701
Email: todd.roberts@rmkb.com
    nicole.healy@rmkb.com

Attorneys for Defendants
TLC RESIDENTIAL, INC., a corporation, and
FRANCISCO MONTERO, an individual

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS E. PEREZ, Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>TLC RESIDENTIAL, INC. a corporation, and FRANCISCO MONTERO, an individual,<br><br>Defendants. | Case No. 15-cv-02776-WHA<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS TLC RESIDENTIAL, INC. AND FRANCISCO MONTERO'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS IN SUPPORT OF OPPOSITION TO MOTION FOR SUMMARY ADJUDICATION UNDER SEAL PURSUANT TO L.R. 7-11 AND 79-5<br><br>Date: October 19, 2016<br>Time: 8:00 a.m.<br>Ctrm. 8 – 19th Floor<br>Judge: Hon. William H. Alsup |

WHEREAS Defendants TLC Residential, Inc. and Francisco Montero filed an Administrative Motion to File Documents Under Seal, pursuant to Civil Local Rules 7-11 and 79-5, requesting leave to file unredacted versions of the following documents under seal:

| Documents to be Publicly Filed in Redacted Form | Basis for Filing Unredacted Documents Under Seal |
|---|---|
| Portions of Memorandum of Points and Authorities in Support of Defendants' Opposition to Plaintiff's Motion for Summary Adjudication | Contains information identifying house parents and assistant house parents |
| Portions of the declarations of current and former TLC House Parents | Contains information identifying house parents and assistant house parents |
| Excerpts of the Transcripts of Depositions of Pamela Davis and Julie Bento | Contains information identifying house parents and assistant house parents |

                                    TO SEAL –CASE NO. 15-CV-02776-WHA

1    **WHEREAS,** a compelling reason exists to permit Defendants to file under seal
2    documents containing non-public information identifying TLC's current and former house
3    parents; and
4    **WHEREAS,** Defendants have electronically filed redacted versions of the above
5    documents with the Court; and
6    **WHEREAS,** Defendants will serve Counsel for Plaintiff Secretary of Labor with
7    unredacted copies of Defendants' sealed documents by electronic mail;
8    **NOW THEREFORE, FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED**
9    that the foregoing unredacted documents filed in support of Defendants' Opposition to Plaintiff's
10   Motion for Summary Adjudication shall be filed under seal.
11   Dated:       November 28, 2016.

_____
HONORABLE WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE