TODD A. ROBERTS (SBN 129722)
NICOLE S. HEALY (SBN 157417)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA  94063-2052
Telephone:  (650) 364-8200
Facsimile:   (650) 780-1701
Email:        todd.roberts@rmkb.com
                  nicole.healy@rmkb.com

Attorneys for Defendants
TLC RESIDENTIAL, INC., a corporation, and
FRANCISCO MONTERO, an individual

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS E. PEREZ, Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>TLC RESIDENTIAL, INC. a corporation, and FRANCISCO MONTERO, an individual,<br><br>Defendants. | Case No.  15-cv-02776-WHA<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS; DOCKET NUMBERS 83.4, 83.6, 83.8 AND 83.10 |

Defendants TLC Residential, Inc. and Francisco Montero's Motion to Remove Incorrectly Filed Documents was presented to the Court.  Upon consideration of the Motion, the Court finds there is good cause to remove Docket Nos. 83.4, 83.6, 83.8 and 83.10 from the ECF docket.

IT IS THEREFORE ORDERED that defendants' Motion to Remove Incorrectly Filed Documents is GRANTED and Docket Nos. 83.4, 83.6, 83.8 and 83.10 are permanently deleted from the Court's docket.

IT IS SO ORDERED;

Dated:  November 28, 2016.

_____
HONORABLE WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE