**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS E. PEREZ, Secretary of Labor, United States Department of Labor, | No. C 15-02776 WHA |
| Plaintiff, | |
| v. | **ORDER SETTING HEARING ON DISCOVERY DISPUTE** |
| TLC RESIDENTIAL INC. and FRANCISCO MONTERO, | |
| Defendants. | |

The Court has reviewed the Secretary's discovery letter (styled as a motion to compel) regarding defendants' responses to discovery (Dkt. Nos. 146–47). Defendants' response, which shall not exceed **THREE PAGES** in length, is due by **FEBRUARY 13 AT NOON**. A hearing on the matter is set for **FEBRUARY 16 AT 8:00 A.M.**

THIS ORDER REMINDS DEFENSE COUNSEL IT IS THEIR RESPONSIBILITY TO ENSURE THAT FORMER DEFENSE COUNSEL APPEAR AT THE HEARING, "BY SUBPOENA IF NECESSARY" (*see* Dkt. No. 136).

**IT IS SO ORDERED.**

Dated: February 6, 2017.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE