IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD C. HUGLER, Acting Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>TLC RESIDENTIAL, INC., and FRANCISCO MONTERO,<br><br>Defendants. | No. C 15-02776 WHA<br><br>**NOTICE RE RMKB'S LETTER DATED FEBRUARY 10, 2017** |

In a prior order, the Court indicated it will "determine at the hearing [on February 16] whether to hold an evidentiary hearing, at which former defense counsel can be cross-examined under oath by current defense counsel . . ." (Dkt. No. 136). This notice clarifies that, if such an evidentiary hearing takes place, former defense counsel will also have an opportunity to cross-examine current defense counsel under oath.

Dated: February 13, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE