IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD C. HUGLER, Acting Secretary of Labor, United States Department of Labor,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TLC RESIDENTIAL, INC., and FRANCISCO MONTERO,<br><br>　　　　Defendants. | No. C 15-02776 WHA<br><br>**ORDER RE HEARING ON DEFENDANTS' MOTIONS** |

Former defense counsel from Ropers, Majeski, Kohn & Bentley shall please bring to the hearing on February 16 hard copies of all relevant documents found to date in the "electronic repository" discovered on January 23 (*see* Dkt. No. 137 at 5), as well as hard copies of any other relevant documents in RMKB's possession, custody, or control that have not yet been delivered to current defense counsel.

**IT IS SO ORDERED.**

Dated: February 14, 2017.

　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE