IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD C. HUGLER, Acting Secretary of Labor, United States Department of Labor, <br><br> Plaintiff, <br><br> v. <br><br> TLC RESIDENTIAL, INC., and FRANCISCO MONTERO, <br><br> Defendants. | No. C 15-02776 WHA <br><br> **NOTICE RE RMKB'S LETTER DATED FEBRUARY 14, 2017** |

Following an order earlier today regarding the upcoming hearing on February 16 (Dkt. No. 155), Ropers, Majeski, Kohn & Bentley filed another letter indicating that, on January 30, Attorney Nicole Healy gave defense counsel a USB drive containing the documents retrieved from RMKB's recently discovered "electronic repository" (Dkt. No. 156). RMKB need not bring to the hearing hard copies of any documents already delivered to defense counsel.

Dated: February 14, 2017.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE