IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

R. ALEXANDER ACOSTA, Secretary of Labor, United States Department of Labor,

Plaintiff,

v.

TLC RESIDENTIAL, INC., and FRANCISCO MONTERO,

Defendants.

No. C 15-02776 WHA

**ORDER TO SHOW CAUSE**

At a previous hearing on October 11, the Court made it very clear to defendant Francisco Montero, who attended that hearing in person, that failure to retain an attorney would result in a default judgment against defendant TLC Residential, Inc. The Court also ordered TLC Residential to show cause why default should not be entered against it at a further hearing on October 25. At the October 25 hearing, no one showed up for either defendant. The Clerk consequently entered default as to TLC Residential (Dkt. No. 210). Montero is hereby ordered to **SHOW CAUSE** why default should not be entered against him as well for failing to appear at the October 25 hearing. A further hearing on this matter is set for **NOVEMBER 9 AT 11:00 A.M.**

**IT IS SO ORDERED.**

Dated: October 27, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE